ney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth, Appellant, *v.* Gullick et al.

Before DAUER, J.

Argued November 14, 1974. *R. Andracki,* with him *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellant; *William C. Bartley,* for appellee Gary A. Greber; *Francis J. Carey,* with him *Balzarini, Walsh, Conway & Maurizi,* for appellee William R. Gullick.

Order affirmed.

VAN DER VOORT, J., dissents.

## Commonwealth *v.* Hall, Appellant.

Before STRANAHAN, P. J.

Argued November 15, 1974. *Henry J. Russo,* Assistant Public Defender, with him *William J. Rundorff,* First Assistant Public Defender, and *Michael J. Wherry,* Public Defender, for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth, Appellant, *v.* Hall.

Argued November 15, 1974. *Charles W. Johns*, Assistant District Attorney, with him *Robert L. Eberhardt*, Assistant District Attorney, *John M. Tighe*, First Assistant District Attorney, and *John J. Hickton*, District Attorney, for Commonwealth, appellant; *Larry P. Gaitens*, with him *Lucchino, Gaitens & Hough*, for appellee.

Order affirmed.

## Commonwealth *v.* Holden, Appellant.

Before ACKER, J.

Argued November 15, 1974. *Herman M. Rodgers*, with him *Rodgers, Marks & Perfilio*, for appellant; *Robert F. Banks*, First Assistant District Attorney, with him *Joseph J. Nelson*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part thereof which has not been performed at the time the appeal was made a supersedeas.

## Commonwealth *v.* Horsley, Appellant.

Before LEWIS, J., without a jury.

Argued November 15, 1974. *Larry P. Gaitens*, with him